# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL CARTER, | CV F- 07-1373 AWI DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS PREMATURE |
| v. | |
| WILLIAM J. McGUINNESS, et al., | [DOC #10] |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. section 1983. On April 18, 2008, plaintiff filed a document entitled "motion to compel". Plaintiff requests an order compelling defendants to respond to his complaint.

By order dated November 5, 2007, plaintiff was advised that the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Further, plaintiff was advised that the court will direct the United States Marshal to serve the complaint only after it has determined that the complaint contains cognizable claims for relief against the named defendants, and that the court has not yet screened plaintiff's complaint, but will do so in due course. Until the court has screened the complaint, no response is required from the defendants.

///

///

1   The Court has not yet screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a).
2  Accordingly, plaintiff's request for an order compelling a response is premature and therefore it is
3  DENIED.

5   IT IS SO ORDERED.

6   **Dated:   April 21, 2008**                    **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE