# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL CARTER, | CASE NO. 1:07-cv-01373-AWI DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| WILLIAM J. McGUINNESS, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Darnell Carter ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 19, 2007. The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendants Chief Medical Officer William J. McGuinness, Dr. David Smith, and N. Load Holt for violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        WILLIAM J. McGUINNESS

        DAVID G. SMITH

        N. LOAD HOLT

    2.    The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3)

summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed September 19, 2007

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Four (4) copies of the endorsed complaint filed September 19, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **June 5, 2008**              /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE