IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DARNELL CARTER,<br><br>        Plaintiff,<br><br>v.<br><br>WILLIAM MCGUINNESS, *et al.*,<br><br>        Defendants. | Case No. 1:07-cv-01373-BLW<br><br>**ORDER** |

Based upon consideration of the parties' Stipulation (Docket No. 27), IT IS HEREBY ORDERED THAT:

1. Dr. William McGuinness is granted a 60-day continuance to respond to discovery propounded by Plaintiff.

2. Plaintiff is granted a 90-day continuance to respond or oppose Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

DATED: April 1, 2009

/s/ Mikel H. Williams
Honorable Mikel H. Williams
United States Magistrate Judge