IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DARNELL CARTER, ) | |
| ) | Case No. 1:07-CV-01373 BLW-MHW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| WILLIAM MCGUINESS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Based upon the Court's Order Adopting Report and Recommendation, filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment shall be granted in Defendants' favor, and this cause of action is DISMISSED with prejudice.

DATED: **September 30, 2009**

/s/ B. Lynn Winmill
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**